**Order entered February 20, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01279-CV

## IN THE INTEREST OF K.A.S., A CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-19415**

## ORDER

By letter dated January 29, 2019, we directed appellant to file, within ten days, written verification she had requested the reporter's record. Although we cautioned appellant that failure to comply could result in the appeal being submitted without the record, appellant has not responded. *See* TEX. R. APP. P. 37.3(c). Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellant to file her brief no later than March 22, 2019.

/s/    KEN MOLBERG
        JUSTICE